Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−26275−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert James Balkunas | Michele Catherine Balkunas |
| 130 Belleview Avenue | 130 Belleview Avenue |
| Butler, NJ 07405 | Butler, NJ 07405 |

Social Security No.:
  xxx−xx−7574                                      xxx−xx−3958

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/27/18 at 10:00 AM

to consider and act upon the following:

*38* − Motion to Reopen Case re: Retrieve Unclaimed Funds from Trustee. Fee Amount &#036 235. Filed by Alexander J. Rinaldi on behalf of Michele Catherine Balkunas, Robert James Balkunas. Hearing scheduled for 3/28/2018 at 10:30 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Rinaldi, Alexander)

Dated: 2/28/18

                                                              Jeanne Naughton
                                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Robert James Balkunas  
Michele Catherine Balkunas  
    Debtors

Case No. 16-26275-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 28, 2018  
                       Form ID: ntchrgbk      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.  
db          #+Robert James Balkunas,   130 Belleview Avenue,   Butler, NJ 07405-1219  
jdb         #+Michele Catherine Balkunas,   130 Belleview Avenue,   Butler, NJ 07405-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:  
         Alexander J. Rinaldi     on behalf of Debtor Robert James Balkunas jessica@srr-law.com  
         Alexander J. Rinaldi     on behalf of Joint Debtor Michele Catherine Balkunas jessica@srr-law.com  
         Alexandra T. Garcia     on behalf of Creditor    Lakeview Loan Servicing, LLC NJECFMAIL@mwc-law.com  
         Celine P. Derkrikorian     on behalf of Creditor    Lakeview Loan Servicing, LLC  
         njecfmail@mwc-law.com  
         Marie-Ann  Greenberg     magecf@magtrustee.com  
         TOTAL: 5